# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | CRIMINAL COMPLAINT |
| v. | CASE NUMBER: 26-5211MJ |
| Calvin Eklund | |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or about the date described in Attachment A, in the County of Maricopa in the District of Arizona, the defendant violated 18 U.S.C. §§ 2113(a) and 924(c)(1)(A), offenses described as follows:

**See Attachment A – Description of Counts**

I further state that I am a Task Force Officer with the Federal Bureau of Investigation and that this complaint is based on the following facts:

**See Attachment B, Statement of Probable Cause, Incorporated by Reference Herein.**

Continued on the attached sheet and made a part hereof:   ☒Yes   ☐ No

AUTHORIZED BY: Patrick E. Chapman, AUSA

*Patrick E. Chapman*  Digitally signed by Patrick E. Chapman
Date: 2026.05.19 08:55:52 -07'00'

TFO Dustin Hooker, FBI
Name of Complainant

Dustin Hooker  Digitally signed by Dustin Hooker
Date: 2026.05.19 08:48:40 -07'00'

Signature of Complainant

Sworn to telephonically before me

May 19, 2026 @ 9:42am at
Date

Phoenix, Arizona
City and State

HONORABLE DEBORAH M. FINE
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## DESCRIPTION OF COUNTS

### COUNT 1

**Bank Robbery**

On or about May 18, 2026, in the County of Maricopa in the District of Arizona, Defendant CALVIN EKLUND, by force, violence, and intimidation, did take from the person and presence of a bank teller, money belonging to and in the care, custody, control, management, and possession of Chase Bank, located at 2620 East Camelback Road, Phoenix, Arizona 85016, the deposits of which were then federally insured by the Federal Deposit Insurance Corporation (FDIC).

In violation of Title 18, United States Code, Section 2113(a).

### COUNT 2

**Using, Carrying, Brandishing, and Discharging a Firearm During and in Relation to a Crime of Violence**

On or about May 18, 2026, in the County of Maricopa in the District of Arizona, Defendant CALVIN EKLUND did knowingly use, carry, brandish, and discharge a firearm during and in relation to a crime of violence, and did knowingly possess, brandish, and discharge a firearm in furtherance of a crime of violence, that is, Bank Robbery, as alleged in Count 1, a felony prosecutable in a Court of the United States.

In violation of Title 18, United States Code, Section 924(c)(l)(A).

## ATTACHMENT B

## STATEMENT OF PROBABLE CAUSE

I, Dustin Hooker, a Task Force Officer with the FBI, being duly sworn, deposes and states as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I am a Task Force Officer with the Federal Bureau of Investigation's (FBI) Violent Crime Task Force. I am a detective with Phoenix Police Department in Phoenix, Arizona and have been employed by the Phoenix Police Department as an officer since 1998. I have investigated robberies, homicides, assaults, kidnappings, and other crimes. I have been assigned to the FBI Task Force since October of 2019.

2.      The facts in this Statement of Probable Cause come from my own investigation, my training and experience, the investigation of other agents and law enforcement officers, and information obtained from witnesses.  This Statement of Probable Cause is intended to show merely that there is sufficient probable cause for the requested complaint and does not set forth all my knowledge about this matter.

3.      Based on the facts set forth below, there is probable cause that Calvin Eklund committed violations of 18 U.S.C. § 2113(a), Bank Robbery, and 18 U.S.C. § 924(c)(1)(A), Using, Carrying, Brandishing, and Discharging a Firearm During and in Relation to a Crime of Violence.

### PROBABLE CAUSE

4.      On May 18, 2026 at approximately 12:29 p.m., an unknown White male subject entered the Chase Bank, a stand-alone branch, located at 2620 E. Camelback Road, Phoenix, Arizona 85016. The subject entered with a small, dark-colored dog. Once inside, the unknown subject yelled something to the effect of, "This is a fucking robbery," and fired one round from a rifle into the ceiling of the bank. Phoenix Police collected a spent cartridge casing at the scene.

5.      The subject then approached the victim teller and placed a tan-colored bag on the counter. The teller quickly took the money out of the bank drawer and placed it

inside the bag the subject had placed on the counter. The victim teller stated that the amount placed inside the bag was approximately $2118.00 in various denominations, but mostly consisted of $100 and $50 bills. After obtaining the money, the suspect fled the bank with the dog and entered a white Ford van. The deposits at Chase Bank are insured by the Federal Deposit Insurance Corporation.

6.     Shortly after the robbery, the Phoenix Police Department Air Unit located a possible suspect vehicle driving west on Camelback Road and then north on 24th Street. Phoenix Police detectives and the Air Unit followed the suspect vehicle as it traveled away from the bank and eventually north on Interstate 17. While following the vehicle, unmarked detectives received photos from a witness that showed the suspect getting into the van after the robbery. Unmarked detectives following the van were able to identify the driver as the robbery suspect.

7.     Bank surveillance video showed, and victim/witness statements described the suspect as a White male, early 40s, 5'10" tall, average build, and wearing gray or beige shorts, cowboy boots, a black long sleeve shirt or sweater, dark-colored sunglasses, beige backpack, a red baseball hat with "TRUMP" across the front, and armed with a black rifle. The subject was seen entering a white Ford van that exited the parking lot and headed west on Camelback Road. Chase Bank security provided various still images from surveillance video. The images captured the subject while at the teller counter and exiting the bank.

8.     The suspect vehicle was observed traveling north on Interstate 17, north of Black Canyon City, when it was stopped by the Phoenix Police Department Special Assignments Unit. The vehicle was driven by a White male, later identified as Calvin Eklund. A small, dark-colored dog was also in the vehicle. When Eklund was detained, he was wearing the same clothes as in bank surveillance video. Inside the van, investigators found two rifles and a handgun on the on the front passenger seat.

9.     Upon arrest, investigators read Eklund his *Miranda* rights, and he agreed to speak about the bank robbery. Eklund said he has been dealing with the Veterans Affairs Hospital and trying to get help for his mental conditions, which he identified as PTSD and

paranoid schizophrenia, but has not been getting the help he needs. Eklund explained that he snapped today, which is why he committed the bank robbery. Eklund admitted to firing one round from his rifle into the bank ceiling and taking the money from the bank teller. Eklund stated that he never intended to hurt anyone and that the stolen money was still inside the backpack in his van. He stated that the firearms in the van belonged to him.

## REQUEST FOR AUTHORIZATION

10.     Based on the foregoing, I believe there is probable cause that Calvin Eklund committed violations of 18 U.S.C. § 2113(a), Bank Robbery, and 18 U.S.C. § 924(c)(l)(A), Using, Carrying, Brandishing, and Discharging a Firearm During and in Relation to a Crime of Violence.

11.     I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

**Dustin Hooker** Digitally signed by Dustin Hooker
Date: 2026.05.19 08:49:42 -07'00'

Dustin Hooker
Task Force Officer
Federal Bureau of Investigation

Sworn to and before me telephonically this 19th day of May, 2026. @ 9:43 a.m.

HONORABLE DEBORAH M. FINE
United States Magistrate Judge